UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW JAMES SHORE,

    Plaintiff,

v.

WASHINGTON STATE et al.,

    Defendants.

Case No. C18-1859 RAJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This action is **DISMISSED without prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff.

DATED this 12th day of March, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1